UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 02, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00220-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| HUI HUA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __HUI HUA__ ,

Case No. __2:14-CR-00220-KJM__  Charge __21 USC 846; 21USC 841(a)1; 21 USC 853(a)__ , from custody for the following reasons:

_____   Release on Personal Recognizance

__✓__   Bail Posted in the Sum of $ _____

    __✓__   Unsecured Appearance Bond $ _100,000.00_

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on September 02, 2014 at __2 pm__.

By: _/s/ signature/_

Magistrate Judge Kendall J. Newman