UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 02, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00220-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| HUI HUA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   HUI HUA ,

Case No.  2:14-CR-00220-KJM  Charge 21 USC 846; 21USC 841(a)1; 21 USC 853(a) , from custody for the following reasons:

_____  Release on Personal Recognizance

✓  Bail Posted in the Sum of $ _____

  ✓  Unsecured Appearance Bond $ 100,000.00

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):

Issued at Sacramento, California on September 02, 2014 at  2:30 pm .

By: _____

Magistrate Judge Kendall J. Newman