LAW OFFICES OF WING & PARISI
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Hui Hua

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-cr-00220-KJM-8 |
|---|---|
| Plaintiff, | *AMENDED* MOTION TO RETURN PRETRIAL STATUS TO UNSECURED BOND AND RECONVEY DEED |
| v. | |
| HUI HUA, | Date :  , 2015 |
| Defendant. | **Time: 2:00 P.M.** |
| | Magistrate Judge Allison Claire |

Hui Hua moves the Court for an order modifying the conditions of pretrial release to allow her to return to her pretravel pretrial release conditions; to wit:  unsecured $100,000.00 bond.  Ms Hua requests that this Court grant her request and execute a deed of reconveyance to return Ms. Hua's property to she and her husband

**I.        Procedural History**

Ms. Hua is still in early court proceedings for growing marijuana in violation of federal law. Ms. Hua has been under pretrial supervision for eight months [since September 2, 2014] and has complied with all conditions of release.

**II.       Applicable Law**.

18 U.S.C. ☐ 3142(c)(3) provides, "[t]he judicial officer may at any time amend" a release order "to impose additional or different conditions of release."

//

1

### III. Motion.

Ms. Hua requested that this Court permit her to travel to China to tend to retirement issues. Further the Court ordered that she return to the United States and upon return, contact Pretrial Services and return her passport.

Ms. Hua traveled to China and did in fact return to the United States and has complied with all conditions of Pretrial Release.

As a condition of permitting travel to China the Court required that Ms. Hua execute a Deed of Trust on her property in Stockton. Ms. Hua and her husband executed the Deed of Trust.

### IV. Request

Ms. Hua has complied with all conditions of her permitted travel to China. It is Ms. Hua's request that the Deed of Trust be Reconveyed back and that she be restored to her pretravel pretrial release condition of an unsecured bond of $100,000.00.

Assistant United States Attorney Michael McCoy agrees with the request to return her to her pretravel status of unsecured property bond.

### V. Conclusion.

Ms. Hua respectfully asks the Court to modify her conditions of release to return to her to an unsecured bond of $100,000.00 and to execute a Deed of Reconveyance.

Dated: August 5, 2015         Respectfully Submitted,

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Hui Hua

Dated: August 5, 2015         BENJAMIN B. WAGNER
United States Attorney

/s/ Christian Highsmith by e-mail authorization
_____
Christian Highsmith, Assistant U.S. Attorney
Attorney for Plaintiff

2

LAW OFFICES OF WING & PARISI
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Hui Hua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUI HUA<br><br>　　　　　　Defendant, | Case No. 2:14-cr-00220-KJM-8<br><br>ORDER |

IT IS HEREBY ORDERED that Ms. Hui Hua's pretrial release conditions be modified to that her pretrial release conditions are an unsecured bond in the amount of $100,000.00.

IT IS FURTHER ORDERED the deeds of trust, previously posted as security in this matter is hereby exonerated and the Clerk of the Court or his designee is directed to forthwith exonerate the bail posted in this matter; i.e., a deed to property – 2248 Telegraph Avenue, Stockton, CA  95204  and to prepare and cause to be filed any Deed of Reconveyance as necessary to fully exonerate bail.

Dated:  August 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
hua0220.stipo.reconveyance

3