IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HUI HUA,<br><br>                Defendants. | CASE NO. 2:14-CR-220 KJM<br><br>MOTION TO UNSEAL PLEA AGREEMENT AND ORDER |

For the reasons set forth in the government's unopposed motion, and good cause appearing therefrom, the plea agreement lodged at Docket Number 179 is hereby ordered unsealed.

Dated:  March 25, 2016

                                                                          UNITED STATES DISTRICT JUDGE

1