LAW OFFICES OF WING & PARISI
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Hui Hua

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HUI HUA,<br><br>                    Defendant. | CASE NO. 2:14-cr-00220-KJM-8<br><br>**MOTION TO WITHDRAW REQUEST FOR HEARING; AMENDED MOTION TO RETURN PRETRIAL STATUS TO UNSECURED BOND AND RECONVEY DEED** |

Hui Hua moves the Court for an order withdrawing our request for hearing. The defense requests that the Court consider granting the Order requesting the reconveyance of her Deed of Trust.

The prior pleadings include the information regarding the terms and conditions of Ms. Hua's travel and that she has returned and complied with all terms and conditions

I.     Request

Ms. Hua has complied with all conditions of her permitted travel to China. It is Ms. Hua's request that the Deed of Trust be Reconveyed back and that she be restored to her pretravel pretrial release condition of an unsecured bond of $100,000.00.

1

II.     Conclusion.

Ms. Hua respectfully asks the Court to modify her conditions of release to return to her to an unsecured bond of $100,000.00 and to execute a Deed of Reconveyance.

Dated:  November 3, 2016

                                                                  Respectfully Submitted,

                                                                   /s/ Linda M. Parisi by e-mail authorization

                                                                   Linda M. Parisi
                                                                   Attorney for Hui Hua

LAW OFFICES OF WING & PARISI
LINDA M. PARISI, SBN 84247
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Hui Hua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUI HUA<br><br>　　　　　　Defendant, | Case No. 2:14-cr-00220-KJM-8<br><br>[~~PROPOSED~~] ORDER |

　　　IT IS HEREBY ORDERED that Ms. Hui Hua's pretrial release conditions be modified such that her pretrial release conditions are an unsecured bond in the amount of $100,000.00. IT IS FURTHER ORDERED the deeds of trust, previously posted as security in this matter is hereby exonerated and the Clerk of the Court or his designee is directed to forthwith exonerate the bail posted in this matter; i.e., a deed to property – 2248 Telegraph Avenue, Stockton, CA 95204 and to prepare and cause to be filed any Deed of Reconveyance as necessary to fully exonerate bail.

Dated: November 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3