| | |
|---|---|
| 1 | LAW OFFICES OF WING & PARISI |
| 2 | LINDA M. PARISI, SBN 84247 |
|   | 917 G Street |
| 3 | Sacramento, CA  95814 |
|   | Telephone:  (916) 441-4888 |
| 4 | Facsimile:   (916) 441-1575 |
|   | Email: linda@wingparisilaw.com |
| 5 | |
| 6 | Attorneys for HUI HUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:14-cr-00220-KJM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. | |
| HUI HUA | |
| Defendant, | |

    Ms. Hui Hua was released pursuant to a $100,000.00 unsecured bond. On September 2, 2014, Ms. Hua deposited her passport, Docket entry No. 26 with this Court as a condition of her release on bond.  On November 28, 2016, Ms. Hua  plead guilty to Count 1 of the First Superseding Information. On November 28, 2016, the Court sentenced Ms. Hua to a probation term of 364 days. Ms. Hua has successfully completed her term.

    Ms. Hua is not on a probation or supervised release.  She has satisfied her obligations to the Court.  Ms. Hua requests that this Court Ordder the release of passport

//

//

//

///

1

ORDER

It is hereby ORDERED that the Clerk of Court or his/her designee release Ms. Hua's passport to the Law Offices of Wing & Parisi, 917 G Street, Sacramento, CA 95814, to deliver the passport to Ms. HUI HUA.

Dated: December 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

///